|  |  |
|---|---|
| ANNIE M. JACOB,<br><br>    Plaintiff,<br><br>  vs.<br><br>JP MORGAN CHASE & CO., et al.,<br><br>    Defendants. | Case No: C 10-00613 SBA<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS AND SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Dockets 5, 20] |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

On February 18, 2010, Defendants JPMorgan Chase & Co., James Dimon, and Anthony Horan filed a Motion to Dismiss the Complaint for Failure to State a Claim, or in the Alternative, for a More Definite Statement ("the Motion to Dismiss"). (Docket No. 5.) On July 9, 2010, Defendants filed a motion to appear by telephone at the scheduled July 14, 2010 hearing on the Motion to Dismiss. (Docket No. 20.)

On July 22, 2010, Plaintiff filed in this action a First Amended Complaint, naming as Defendants only Aurora Loan Services and Craig Wildrick. An amended complaint supersedes the original complaint and renders it of no legal effect. King v. Dogan, 31 F.3d 344, 346 (5th Cir. 1994); accord Uvalles v. Jacquez, 2010 WL 135181, 2 (N.D. Cal. 2010) (" … amended complaint supersedes the initial complaint."). Moreover, "an amended complaint that drops a defendant named in the original complaint effectively dismisses that defendant from the action." Johnson v. San Diego Metropolitan Transit System, 2007 WL 4328508, 2 (S.D. Cal. 2007) (citing London v. Coopers & Lybrand, 644 F.2d 811 (9th Cir. 1981)). In view of Plaintiff's First Amended Complaint,

IT IS HEREBY ORDERED THAT

1.   The Motion to Dismiss is DENIED as MOOT.

2.   Defendants' motion to appear by telephone is also DENIED as MOOT as this Court had taken the matter under submission without a hearing.

3.   A telephonic Case Management Conference is scheduled in this matter for November 4, 2010 at 3:00 p.m.  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

4.   This Order terminates Docket Nos. 5 and 20.

IT IS SO ORDERED.

Dated: September 14, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge